# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: JAMES T. CASSAN, III           §     Case No. 11-84593
       KRISTIN K. CASSAN              §
                                      §
                                      §
           Debtors                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/09/2011.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/27/2012, 05/16/2012.

5) The case was dismissed on 05/25/2012.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,125.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,380.00 | |
| Less amount refunded to debtor | $ 1,380.00 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY SCOTT A BENTLEY | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| ABM ALLOCATED BUSINESS | Uns | 305.13 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE REC MGMT | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 761.03 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Uns | 646.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Uns | 989.00 | NA | NA | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Uns | 991.21 | 1,034.47 | 1,034.47 | 0.00 | 0.00 |
| BUREAU OF COLLECTION | Uns | 693.24 | NA | NA | 0.00 | 0.00 |
| CENTURY DENTAL OF HUNTLEY | Uns | 607.78 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA PC | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| EFS CREDIT TRUST | Uns | 66,809.16 | 64,536.09 | 64,536.09 | 0.00 | 0.00 |
| CMI | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,020.10 | 1,323.98 | 1,323.98 | 0.00 | 0.00 |
| CONTRACT CALLERS | Uns | 514.81 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATES | Uns | 94.62 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Uns | 155.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CRYSTAL LAKE ORTHOPAEDIC | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| DAILY HERALD | Uns | 23.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 324.11 | 324.11 | 324.11 | 0.00 | 0.00 |
| FIRST FINANCIAL ASSET MGMT | Uns | 575.32 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 5,272.14 | NA | NA | 0.00 | 0.00 |
| HELLER & FRISONE LTD | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT | Uns | 244.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 693.00 | 693.24 | 693.24 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 718.99 | 718.99 | 718.99 | 0.00 | 0.00 |
| KATHLEEN SCHROEDER DDS | Uns | 330.16 | NA | NA | 0.00 | 0.00 |
| KEY FINANCIAL SERVICES | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 989.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTILE AGENCY | Uns | 338.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL PORTFOLIO I LLC | Uns | 1,269.17 | 1,069.17 | 1,069.17 | 0.00 | 0.00 |
| MILLENNIUM CREDIT | Uns | 354.49 | NA | NA | 0.00 | 0.00 |
| NATIONAL ENTERPRISE SYSTEM | Uns | 1,019.40 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 5,466.59 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS INC | Uns | 391.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 630.00 | 575.32 | 575.32 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT | Uns | 87.00 | NA | NA | 0.00 | 0.00 |
| RAUCH - MILLIKEN | Uns | 540.00 | NA | NA | 0.00 | 0.00 |
| RMS | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| ROBERT BURKE, ESQ. | Uns | 54,894.56 | 54,896.56 | 54,896.56 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 338.00 | 277.82 | 277.82 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 48.12 | NA | NA | 0.00 | 0.00 |
| SOUMA DIAGNOSTICS | Uns | 276.60 | NA | NA | 0.00 | 0.00 |
| SOURCE RECEIVABLES | Uns | 595.79 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION | Uns | 216.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 216.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJ-FREEPORT | Uns | 395.00 | 395.00 | 395.00 | 0.00 | 0.00 |
| TROJAN PROFESSIONAL SERVICES | Uns | 214.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL | Uns | 64.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MHS PHYSICIAN SERVICES | Uns | 619.00 | 519.40 | 519.40 | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Uns | 0.00 | 818.55 | 818.55 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 0.00 | 1,323.98 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 127,182.70 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 07/18/2012        By: /s/ Lydia S. Meyer
                             Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)